AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

8813414
ICE

United States of America
v.
Alex Lee McELHANEY
*Defendant*

Case No. 2:12mj 140

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  Alex Lee McELHANEY ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

The defendant did unlawfully, knowingly and intentionally conspire to import a controlled substance, in violation of Title 21, United States Code, Sections 963, 960, and 952.

Date: March 14, 2012

*Issuing officer's signature*

F. BRADFORD STILLMAN
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and state: Norfolk, VA

### Return

MAR 1 5 2012
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

This warrant was received on (date) 3-14-12 , and the person was arrested on (date) 3-15-12
at (city and state)  Portsmouth, Virginia .

Date: 3-15-12

*Arresting officer's signature*

Brian Lewis  Special Agent - HSI
*Printed name and title*